

# Court of Appeals
## Sixth Appellate District of Texas

J U D G M E N T

John Elie LeBlanc, Appellant

No. 06-19-00152-CR       v.

The State of Texas, Appellee

Appeal from the 188th District Court of Gregg County, Texas (Tr. Ct. No. 45834-A). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by changing the assessment of attorney fees to $476.00 and changing the fine to $0.00. We modify the certified bill of costs by changing the amount for "Attorney Fee" to $476.00, by changing the amount for "Fine" to $0.00, and by changing the amount for "Total Costs" to $940.00. As modified, the judgment of the trial court is affirmed.

We note that the appellant, John Elie LeBlanc, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MARCH 26, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk